ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6 / Entered

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVID ELIAS,<br><br>             Petitioner,<br><br>     vs.<br><br>RALPH DIAZ, Warden,<br><br>             Respondent. | Case No. CV 13-1464-DSF (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 2/24/14

/s/ Dale S. Fischer
DALE S. FISCHER
U.S. DISTRICT JUDGE